UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619

In Re:
    Estate of
    Edward Spinola

Order Filed on July 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-27244 .

Hearing Date:
07/12/2023

Judge: Michael B. Kaplan

# ORDER TO CONTINUE
## ADMINISTRATION OF CASE BY EXECUTOR

The relief set forth on page number two (2)  is hereby **ORDERED.**

**DATED: July 12, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 18-27244
Order Continue Administration of Case by Executor
Page 2

Upon the Motion of the Debtor(s), to continue administration of case by executor, and after notice and opportunity for hearing having been given to the Debtor(s) and all other parties in interest, and a hearing having been held by the Court and for cause shown:

ORDERED:    To Continue Administration of Case by Executor, Jon Spinola.