UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619

In Re:

Estate of
Edward Spinola

**Order Filed on July 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-27244 .

Hearing Date:
07/12/2023

Judge: Michael B. Kaplan

## ORDER TO CONTINUE
## ADMINISTRATION OF CASE BY EXECUTOR

The relief set forth on page number two (2)  is hereby **ORDERED.**

**DATED: July 12, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 18-27244
Order Continue Administration of Case by Executor
Page 2

Upon the Motion of the Debtor(s), to continue administration of case by executor, and

after notice and opportunity for hearing having been given to the Debtor(s) and all other parties

in interest, and a hearing having been held by the Court and for cause shown:

ORDERED:     To Continue Administration of Case by Executor, Jon Spinola.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 18-27244-MBK

Edward Spinola                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 12, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Spinola, 203 Pingree Avenue, Ewing, NJ 08618-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Cascade Funding Mortgage Trust HB5 ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor REVERSE MORTGAGE SOLUTIONS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Cascade Funding Mortgage Trust HB5 hkaplan@rasnj.com kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor Reverse Mortgage Solutions Inc. hkaplan@rasnj.com, kimwilson@raslg.com |
| Kevin C. Fayette | on behalf of Debtor Edward Spinola kfayette@kevinfayette.com |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 12, 2023                                Form ID: pdf903                               Total Noticed: 1

Kevin M. Buttery

on behalf of Creditor Reverse Mortgage Solutions  Inc. kbuttery@moodklaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8