Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−27244−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edward Spinola
   203 Pingree Avenue
   Ewing, NJ 08618

Social Security No.:
   xxx−xx−8139

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/13/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 13, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 18-27244-MBK

Edward Spinola                                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                      Page 1 of 3

Date Rcvd: Sep 13, 2023               Form ID: 148                   Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Spinola, 203 Pingree Avenue, Ewing, NJ 08618-2519 |
| 517800803 | + | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517767391 | + | REVERSE MORTGAGE SOLUTIONS, INC., 14405 Walters Road, Suite 200, Houston, TX 77014-1345 |
| 517727015 | + | Reverse Mortgage Solutions, Inc., 5010 Linbar Drive, Suite 100, Nashville, TN 37211-5064 |
| 517727016 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517727017 | | Udren Law Offices, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 13 2023 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 13 2023 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 13 2023 20:40:00 | Cascade Funding Mortgage Trust HB5, Robertson, Anschutz, Schneid, Crane, PLL, 10700 Abbott's Bridge RD, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 13 2023 20:40:00 | Reverse Mortgage Solutions, Inc., RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517727009 | | EDI: BANKAMER.COM | Sep 14 2023 00:31:00 | AAA Financial Services, PO Box 15019, Wilmington, DE 19886 |
| 517824116 | | EDI: CAPITALONE.COM | Sep 14 2023 00:31:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517727010 | | EDI: CAPITALONE.COM | Sep 14 2023 00:31:00 | Capital One Bank (USA, N.A., P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 519330601 | + | EDI: LCIPHHMRGT | Sep 14 2023 00:31:00 | Cascade Funding Mortgage Trust HB5, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416, Cascade Funding Mortgage Trust HB5, PHH Mortgage Services 33416-4606 |
| 519330600 | + | EDI: LCIPHHMRGT | Sep 14 2023 00:31:00 | Cascade Funding Mortgage Trust HB5, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 517727011 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2023 20:47:34 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 517727012 | | EDI: AMINFOFP.COM | Sep 14 2023 00:31:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 517752595 | | EDI: IRS.COM | Sep 14 2023 00:31:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |

Case 18-27244-MBK    Doc 45    Filed 09/15/23    Entered 09/16/23 00:16:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 13, 2023 | Form ID: 148 | Total Noticed: 24 |

| 517846288 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2023 20:47:26 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 517760054 | + | EDI: AGFINANCE.COM | Sep 14 2023 00:31:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517727014 | | EDI: AGFINANCE.COM | Sep 14 2023 00:31:00 | OneMain, P.O. Box 742536, Cincinnati, OH 45274-2536 |
| 518171989 | | EDI: PRA.COM | Sep 14 2023 00:31:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518171990 | | EDI: PRA.COM | Sep 14 2023 00:31:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517800803 | + | EDI: JEFFERSONCAP.COM | Sep 14 2023 00:31:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517748363 | + | Email/Text: RASEBN@raslg.com | Sep 13 2023 20:40:00 | Reverse Mortgage Solutions, Inc., Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Reverse Mortgage Solutions, Inc., Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487-2853 |
| 517727013 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 724, Springfield, NJ 07081-0724 |
| 517830086 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 517911943 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Sep 13, 2023 | Form ID: 148 | Total Noticed: 24

docs@russotrustee.com

Aleisha Candace Jennings
on behalf of Creditor Cascade Funding Mortgage Trust HB5 ajennings@raslg.com

Denise E. Carlon
on behalf of Creditor REVERSE MORTGAGE SOLUTIONS INC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
on behalf of Creditor Cascade Funding Mortgage Trust HB5 hkaplan@rasnj.com kimwilson@raslg.com

Harold N. Kaplan
on behalf of Creditor Reverse Mortgage Solutions Inc. hkaplan@rasnj.com, kimwilson@raslg.com

Kevin C. Fayette
on behalf of Debtor Edward Spinola kfayette@kevinfayette.com

Kevin M. Buttery
on behalf of Creditor Reverse Mortgage Solutions Inc. kbuttery@moodklaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9